UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Brad A. Barber                :           Case #: 09-61689

                                  :           Chapter 13

                                  :           Judge Hoffman

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: October 26, 2010                 /s/ Frank M. Pees_____
                                        Frank M. Pees
                                        Chapter 13 Trustee


Name and Address                        Amount
Brad A Barber                           $4883.64
PO Box 1214
Dublin, OH 43017